IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number **1:23-cv-809**, Case Name **Paul Shao v. Allstate Insurance Company**
Party Represented by Applicant: **Allstate Insurance Company**

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) **James Scott Humphrey**
Bar Identification Number **6239169**      State **IL**
Firm Name **Benesch Friedlander Coplan & Aronoff LLP**
Firm Phone # **312.212.4949**   Direct Dial # **312.624.6420**   FAX # **312.767.9192**
E-Mail Address **shumphrey@beneschlaw.com**
Office Mailing Address **71 S. Wacker Drive, Suite 1600, Chicago, IL 60606**

Name(s) of federal district court(s) in which I have been admitted **see attached chart**

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐  am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

*J Scott Humphrey*
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

*Laura* (Signature)                                             07/05/2023 (Date)
Laura Seferian (Typed or Printed Name)                          92510 (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ☐ *or* Exemption Granted ☐

The motion for admission is GRANTED ☐ *or* DENIED ☐

_____          _____
(Judge's Signature)                 (Date)

**J. Scott Humphrey states where admitted to practice (as of June 29, 2023)**

| Court: | Admission Date: | Active or Inactive |
|---|---|---|
| State of Illinois (6239169) | June 3, 1997 | Active |
| USDC Northern District of Illinois | August 26, 1998 | Active |
| U.S. Court of Appeals, 7th Circuit | Dec 23 2005 | Active |
| U.S. Supreme Court (310024) | June 3, 2019 | Active |
| U.S. Court of Appeals, 1st Circuit (1190781) | May 17, 2022 | Active |
| U.S. Court of Appeals, 3rd Circuit | Jan 27, 2023 | Active |
| USDC, District of Colorado | May 9, 2008 | Active |
| USDC Southern District of Indiana | Feb 13, 2023 | Active |
| USDC Northern District of NY | June 17, 2021 | Active |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |