IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PAUL SHAO,                            )
                                      )
        Plaintiff,                    )
                                      )        Civil Action No. 1:23-cv-809 (RDA/WEF)
        v.                            )
                                      )
ALLSTATE INSURANCE CO.,               )
                                      )
        Defendant.                    )

## ORDER

This matter comes before the Court on Plaintiff Paul Shao's *pro se* Motion to Withdraw his pending Motion to Remand.  *See* Dkts. 4, 21. This action was originally filed in the Circuit Court for Fairfax County and was removed by Defendant Allstate Insurance Company because Plaintiff alleges violations of various federal antidiscrimination statutes and because the parties are diverse and that the amount in controversy exceeds $75,000. *See* Dkt. 1 (Notice of Removal). Plaintiff then filed his Motion to Remand disputing that the amount in controversy exceeds $75,000. *See* Dkt. 4.  Plaintiff now asserts that he withdraws his Motion to Remand because he seeks to amend his complaint and seek more than $75,000 in compensatory damages. Accordingly, it is hereby ORDERED that Plaintiff's Motion to Withdraw (Dkt. 21) is GRANTED.

It is further ORDERED that the Motion to Remand (Dkt. 4) is WITHDRAWN.

It is SO ORDERED.

Alexandria, Virginia
August 23, 2023

_____ /s/ _____
Rossie D. Alston, Jr.
United States District Judge