FILED MAILROOM
OCT - 3 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Mr. Fernando Galindo
Clerk of Court
U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Paul Shao
9233 Lee Masey Drive,
Lorton, VA 22079

Date: 9-28-23

RE: Civil Action No. 1:23-cv-809, Shao v. Allstate

Dear Mr. Galindo,

I wonder whether I could bring to your attention the following matters:

1. I have not received the Scheduling Order (Dkt. 29) in the mail.
2. When Dkt. 23 and Dkt. 24 were posted on the Pacer platform on 8-29-23, I noticed that Dkt. 23 was a duplication of Dkt. 24. I called on 8-31-23 morning and talked to a lady at the office of Clerk of Court. She replaced at Dkt. 23 the Order on Motion for Leave to Files with Motion for Sanctions. (Attached.)
3. However, in the mail, I have received two Order on Motion for Leave to Files (Dkt. 24) but not the Order on Motion for Sanctions (Dkt. 23). (Attached.)
4. Is there a form I can fill out so that I can withhold my consent to a United States magistrate judge to exercise jurisdiction.

Thank you for your kind attention.

Truly,

Paul Shao, *Pro Se*

