In the United States District Court
for the Eastern District of Virginia
Alexandria Division

Plaintiff's Name

Paul SHAO

v.

Civil Action No. *(Enter Civil Action Number)*

1:23-cv-00809

Defendant's Name

Allstate Insurance Company

**NOTICE**

PLEASE TAKE NOTICE that on Friday *(enter date for hearing)* 11/17/23, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, the plaintiff(s) will present to the Court the Motion *(enter motion type)* Motion to Compel Disclosure

_____
*(Signature)*

Paul SHAO
_____
*(Printed Name)*
*Address*
*Telephone Number*