# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION





| | |
|---|---|
| PAUL SHAO, | |
|    Plaintiff, | Civil Action No. 1:23-cv-00809 |
| v. | |
| ALLSTATE INSURANCE COMPANY, | Notice of Waiver |
|    Defendant. | Of Oral Argument |

Please Take Notice that pursuant to Local Civil Rule 7, Paul Shao, *pro se*, who is the Plaintiff, hereby waives oral argument and submits the case on the record and the briefs.

_____
(Party or Attorney Signature)

Paul Shao
(Name Printed)

9233 Lee Masey Dr, Lorton, VA 22079
(Address)

202-390-6300
(Telephone Number)