In the United States District Court
for the Eastern District of Virginia
Alexandria Division

FILED

2023 DEC 15 P 1: 38

Plaintiff's Name

Paul Shao

v.

Defendant's Name

Allstate Insurance Co.

Civil Action No. *(Enter Civil Action Number)*

1:23-CV-00809

**NOTICE**

PLEASE TAKE NOTICE that on Friday *(enter date for hearing)* 12/22/23, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, the plaintiff(s) will present to the Court the Motion *(enter motion type)* Motion for Reconsideration of the Order on Plaintiff's Motion to Compel Disclosure

_____
*(Signature)*

_____
*(Printed Name)* Paul Shao
Address
Telephone Number