

# United States District Court
# Eastern District of Virginia
### Alexandria Division

2024 FEB -8 A 11: 54

| | |
|---|---|
| PAUL SHAO, <br>     Plaintiff, <br> v. <br> ALLSTATE INSURANCE COMPANY, <br>     Defendant. | Civil Action No. 1:23-cv-00809 <br> Jury Trial Demanded |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SUBPOENAS

Plaintiff Paul Shao ("Shao"), *Pro Se,* respectfully moves this Court for leave to file two subpoenas to testify at a deposition in a civil action, which are associated with two Notices of Deposition for Ann M. Smith and Bryan E. Reid. The depositions have been approved by the honorable judge William Fitzpatrick on 2-5-24 and the honorable also states, "The depositions of non-parties are commanded by subpoena with notice to the parties before service." (Dkt. 82.) These subpoenas are thus part and parcel of the depositions ordered. In an ordinary situation an attorney can sign such a subpoena without asking permission from the Court. However, Plaintiff is a pro se litigant, who cannot sign a subpoena and has to ask the Clerk to sign the integral subpoena to the deposition, as ordered.

Plaintiff was told by the clerk of court on 2-7-24 that Ms. Meredith Bayer, clerk to the honorable, indicated to her that Plaintiff needed to file a motion for leave to file subpoena for the office of clerk to issue the subpoenas. Plaintiff thus dutifully obliges.

DATED: January 8, 2024

PAUL SHAO,
*Pro Se* Litigant

_____
Paul Shao
9233 Lee Masey Drive,
Lorton, Virginia 22079
(202) 290-6300 Telephone
paulyshao@gmail.com

## CERTIFICATE OF SERVICE

I certified that on January 8, 2024, a copy of the foregoing Declaration of Paul Shao was filed with the clerk's office of the Court, emailed, and mailed to Defendant at the following address:

J. Scott Humphrey
Katie M. Burnett
Meghan Golden
**Benesch, Friedlander, Coplan & Aronofff LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
shumphrey@beneschlaw.com
kburnett@beneschlaw.com
mgolden@beneschlaw.com

_____
Paul Shao

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

FILED

Paul Shao
_____
Plaintiff(s),

v.

Allstate Insurance Co.
_____
Defendant(s).

2024 FEB -8  A 11: 54

Civil Action Number: 1:23-cv-00809

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of  Plaintiff's Motion for Leave to file Subpoena
(Title of Document)

Paul Shao
_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: 2/8/24 (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)