THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PAUL SHAO<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant. | No.: 1:23-cv-00809 |

### DEFENDANT ALLSTATE INSURANCE COMPANY'S
### NOTICE OF WAIVER OF ORAL ARGUMENT

Please Take Notice that pursuant to Local Civil Rule 7, Defendant Allstate Insurance Company, hereby waives oral argument for Motion to Compel (Dkt. 84) and Motion to Extend Discovery Deadlines (Dkt. 83) and submits the case on the record and the briefs.

Dated:  February 8, 2024

Respectfully submitted,

*/s/ Laura Seferian*
Laura Seferian (Va. Bar No.: 92510)
J. Scott Humphrey (admitted *pro hac vice*)
Katie M. Burnett (admitted *pro hac vice*)
**Benesch, Friedlander, Coplan & Aronoff LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone:  312.212.4949
Facsimile:  312.767.9192
Email: lseferian@beneschlaw.com
shumphrey@beneschlaw.com
kburnett@beneschlaw.com

*Attorneys for Defendant Allstate Insurance Company*

23848653 v1

## CERTIFICATE OF SERVICE

  I hereby certify that on this 8th day of February, a copy of the foregoing *Notice of Waiver of Oral Argument* was mailed first-class, postage prepaid, and emailed to:

Paul Shao (Plaintiff)
9233 Lee Masey Drive
Lorton, Virginia 22079
(202) 290-6300
paulyshao@gmail.com

                */s/ Laura Seferian*
                Laura Seferian