Paul Shao, *pro se*, 202-390-6300, paulyshao@gmail.com

_____     FILED     October 28, 2024

**VIA** The Clerk Office
Honorable Rossie D. Alston, Jr., U.S.D.J.
United State District Court-Eastern District of Virginia
401 Courthouse Square, Courtroom 500
Alexandria, VA 22314

      Re:   Shao vs. Allstate Insurance Company
             Civil Action No. 1:2023-cv-809-RDA-WEF

Hon. United States District Judge Alston:

I am writing in response to your Honor's order which directed the parties of litigation to file any motions for summary judgment on or before November 13, 2024 (Dkt. 153). Since I am under medical care at the moment and shall visit Mayo clinic on the 5th and 6th of November, I respectfully request a two-week extension of November 13, 2024, to November 27, 2024.

The undersigned has contacted the defendant's counsel, Katie M. Burnett Esq., who consented to the requested extension.

We thank the Court in advance for its consideration regarding this request.

I would also like to inform the Court that I shall, at the same time, initiate a settlement conference by asking defendant Allstate, through its counsels, whether they would consent to this initiation in spite of the fact that we have had some ill-fated on-again-off-again settlement interactions.

Respectfully submitted,
**PAUL SHAO,**
*Pro Se* Litigant

_____

Paul Shao
9233 Lee Masey Drive,
Lorton, Virginia 22079
(202) 290-6300 Telephone
paulyshao@gmail.com

CC J Scott Humphrey (via email)