THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PAUL SHAO<br><br>   Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>   Defendant. | No.: 1:23-cv-00809 |

**DEFENDANT ALLSTATE INSURANCE COMPANY'S
RESPONSE TO PLAINTIFF'S REQUEST FOR EXTENSION**

Defendant Allstate Insurance Company ("Allstate" or "Defendant") respectfully files its response to Plaintiff's Request for Extension. In support thereof, Allstate states as follows:

1. Near the close of discovery, Plaintiff Paul Shao ("Shao") appealed several rulings to the Fourth Circuit Court of Appeals.

2. On October 22, 2024, the Fourth Circuit denied Shao's appeal in its entirety. (Dkt. 152). Shortly after, this Court directed the parties to file any motions for summary judgment on or before November 13, 2024. (Dkt. 153).

3. Shao contacted Allstate about extending the summary judgment deadline to November 27 due to medical concerns. Allstate agreed to this extension, so long as both parties have until November 27 to file any motion for summary judgment. Accordingly, Shao filed a Request for Extension of Time ("Request"). (Dkt. 154).

4. Allstate does not object to Shao's Request so long as the deadline is extended to November 27 for both parties. Allstate makes this request so that the parties are on the same briefing schedule.

5.      Additionally, Shao's motion makes reference to a potential settlement conference between the parties.  To clarify, Shao did not contact Allstate about a potential settlement conference before filing his Request nor has Shao provided an actual settlement demand to Allstate.  Allstate is not inclined to engage in a settlement conference unless and until Shao makes a good faith effort to engage in settlement discussions.  Thus, to the extent that Shao's reference to a settlement conference was intended to delay proceedings, this Court should not delay the schedule regarding the motions for summary judgment.

WHEREFORE, Allstate respectfully requests that this Court grant Shao's Request for Extension of Time to the extent it seeks to extend the summary judgment deadline to November 27, 2024 for both parties.


Dated:  October 29, 2024                    Respectfully submitted,

*/s/ Laura Seferian*
Laura Seferian (Va. Bar No.: 92510)
J. Scott Humphrey (admitted *pro hac vice*)
Katie M. Burnett (admitted *pro hac vice*)
Meghan Golden (admitted *pro hac vice*)
**Benesch, Friedlander, Coplan & Aronoff LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone:  312.212.4949
Facsimile:  312.767.9192
Email: lseferian@beneschlaw.com
shumphrey@beneschlaw.com
kburnett@beneschlaw.com

*Attorneys for Defendant Allstate Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th of October a copy of the foregoing *Defendant Allstate Insurance Company's Response to Plaintiff's Request for Extension* was mailed first-class, postage prepaid, and emailed to:

Paul Shao (Plaintiff)
9233 Lee Masey Drive
Lorton, Virginia 22079
(202) 290-6300
paulyshao@gmail.com

                                          */s/ Laura Seferian*
                                          Laura Seferian