THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PAUL SHAO<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>    Defendant. | No.: 1:23-cv-00809 |

**DEFENDANT ALLSTATE INSURANCE COMPANY'S
NOTICE OF HEARING**

Please Take Notice that pursuant to Local Civil Rule 7, Defendant Allstate Insurance Company, hereby requests oral argument on its Motion for Summary Judgment. (Dkt. 160). Allstate respectfully requests a hearing on Wednesday, February 5, 2024.

Dated: December 5, 2024

Respectfully submitted,

*/s/ Laura Seferian*
Laura Seferian (Va. Bar No.: 92510)
J. Scott Humphrey (admitted *pro hac vice*)
Katie M. Burnett (admitted *pro hac vice*)
**Benesch, Friedlander, Coplan & Aronoff LLP**
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone:  312.212.4949
Facsimile:  312.767.9192
Email: lseferian@beneschlaw.com
shumphrey@beneschlaw.com
kburnett@beneschlaw.com

*Attorneys for Defendant Allstate Insurance Company*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of December, a copy of the foregoing *Notice of Hearing* was, upon agreement of the parties, emailed to:

Paul Shao (Plaintiff)
9233 Lee Masey Drive
Lorton, Virginia 22079
(202) 290-6300
paulyshao@gmail.com

                                      */s/ Laura Seferian*
                                      Laura Seferian